UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BROADCAST MUSIC, INC., SCREEN
GEMS-EMI MUSIC INC. RONDOR MUSIC
INTERNATIONAL, INC. d/b/a IRVING
MUSIC, WELSH WITCH MUSIC, COMBINE
MUSIC CORP., and EMI CONSORTIUM
SONGS, INC. d/b/a EMI FULL NELSON
MUSIC,
                Plaintiffs,

v.

WAHTER, INC. d/b/a BOURBON STREET
OF MONROE a/k/a BOURBON STREET
BAR AND GRILL, and SCOTT M. BENOIT,
                Defendants.
------------------------------------------------------------x

**ORDER**

19 CV 9314 (VB)

      On October 8, 2019, plaintiffs Broadcast Music, Inc., Screen Gems-EMI Music Inc., Rondor Music International, Inc., Welsh Witch Music, Combine Music Corp., and EMI Consortium Songs filed a complaint against Wahter, Inc. and Scott M. Benoit (together "defendants"). (Doc. #1).

      On October 24, 2019, plaintiffs docketed proofs of service, indicating service on Benoit on October 12, 2019, and service on Wahter, Inc. on October 15, 2019. (Docs. ##11, 12). Benoit had until November 4, 2019, to respond to the complaint. Wahter, Inc. had until November 5, 2019, to respond to the complaint.

      To date, defendants have not answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that defendants remain in default, plaintiffs are ORDERED to seek a certificate of default as to defendants by November 27, 2019, and thereafter to move for default judgment by December 4, 2019. **If plaintiffs fail to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: November 13, 2019
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge